# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1490
LT Case No. 2023-300171-CFDB

_____

ROBERT SEAN MILLIORD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.801 Appeal from the Circuit Court for Volusia County.
Elizabeth Ann Blackburn, Judge.

Robert Sean Milliord, Orlando, pro se.

No Appearance for Appellee.

September 27, 2024

PER CURIAM.

Robert Sean Milliord appeals the summary denial of his Florida Rule of Criminal Procedure 3.801 motion alleging entitlement to jail credit for the time spent in the Indian River County jail related to Volusia County charges against him. The trial court denied relief, stating to "the extent Defendant is requesting credit for a period that he served in another county, that request is denied." The trial court, however, did not attach the

necessary records to support summary denial. *See MacNeill v. State*, 301 So. 3d 471, 472 (Fla. 1st DCA 2020) ("A circuit court summarily denying a rule 3.801 motion must attach portions of the record that conclusively refute it." (citation omitted)); *see also* Fla. R. Crim. P. 3.801(e) (incorporating inter alia Florida Rule of Criminal Procedure 3.850(f)). In addition, it appears that reliance on *Gethers v. State,* 838 So. 2d 504 (Fla. 2003), may need to be reassessed  because that decision was distinguished in *Elkins v. State*, 884 So. 2d 499, 500 (Fla. 5th DCA 2004) (finding that when a defendant is arrested in a foreign county on a warrant from another county, the defendant may be entitled to credit for the time spent in the foreign county). We, therefore, reverse and remand for further proceedings.

REVERSED and REMANDED for further proceedings.

MAKAR, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____